IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: April 11, 2012 |
| vs. | : | |
| ADOLPHUS KARMEE #16095-041 | | |
| Federal Custody | : | Criminal No. 11-598-04 |

**TAKE NOTICE** that the above-entitled case has been set for  Sentencing  in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on  July 10, 2012  at  3:00 p.m.  before the Honorable Mary A. McLaughlin in Courtroom 13-A, 13th Floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

> Very truly yours,
> /s/ Dennis C. Hartman
> Dennis C. Hartman
> Deputy Clerk to Judge McLaughlin

[] INTERPRETER REQUIRED
[] THIS PROCEEDING HAS BEEN RESCHEDULED FROM

Notice to:
> Defendant
> Douglas C. Greene, Esq.-via fax 215-754-1875
> Alexander Nguyen, , A.U.S.A. (via e-mail)
> U.S. Marshal (via e-mail)
> Manuel Jimenez, Probation Office (via e-mail)
>
> Pretrial Services (via e-mail)
> Larry Bowman (via e-mail)

Cr 4 (rev. 8/98)